# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CITY PLATING AND POLISHING, LLC, et al., | ) ) ) ) | CASE NO. 1:19-cv-374 |
| PLAINTIFFS, | ) ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) ) | JUDGMENT ENTRY |
| ST. AUGUSTINE SCHOOL OF MEDICAL ASSISTANTS, LLC, | ) ) ) | |
| DEFENDANT. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, this action is dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED**.

Dated: December 12, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**